2001-32653
FILED
August 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002845453

2 Pages

DENNIS K. COWAN, ESQ. - STATE BAR #036325
LAW OFFICE OF DENNIS K. COWAN
280 Hemsted Drive, Suite B
P.O. Box 992090
Redding, CA 96099-2090
Phone (530) 221-7300 Fax (530) 221-7389
E-mail: dcowan@dcowanlaw.com

Attorney for John Reger, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>SHASTA PAPER COMPANY<br><br>Debtor. | Case No. 01-32653-B-7<br>DCN: DKC-70<br>Chapter 7<br><br>Date: August 10, 2010<br>Time: 9:32 AM<br>Judge: Hon. Thomas C. Holman<br>Dept.: B, Ctrm: 32, 6th Floor, 501 I St., Sacramento, CA |

ORDER APPROVING ALLOWANCE OF INTERIM ATTORNEY'S FEES ON AN HOURLY FEE BASIS AND COSTS ADVANCED BY DENNIS K. COWAN, ATTORNEY FOR JOHN REGER

The motion of attorney, Dennis K. Cowan, for an order approving allowance of interim attorney's fees on an hourly fee basis and costs advanced came on regularly for hearing on August 10, 2010 in Department B, Court room 32, at the hour of 9:32 A.M. The Honorable Judge Holman submitted a ruling without oral argument. Notice of this hearing having been given as required by law, and no opposition having been made, and good cause appearing therefore,

//

//

//

1

RECEIVED
August 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002845453

IT IS HEREBY ORDERED that the motion is granted approving interim attorney's fees of $29,945.00 and costs advanced of $682.26 for the period from August 16, 2006 to December 11, 2009.

Dated: August 18, 2010

Thomas C. Holman
United States Bankruptcy Judge